

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00103-CV

| | | |
|---|---|---|
| Texas Ethics Commission | § | From the 158th District Court |
| | § | of Denton County (14-06508-16) |
| v. | § | November 5, 2015 |
| Michael Quinn Sullivan | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's orders.  It is ordered that Judge Burgess's order denying the Texas Ethics Commission's motion to transfer venue and Judge Cleveland's subsequent dismissal order are reversed and the case is remanded with instructions to (1) transfer the appeal by trial de novo to the county of mandatory venue—Travis County—and (2) tax costs that were "incurred [in the trial court] prior to the time such suit is filed in the court to which said cause is transferred" against Michael Quinn Sullivan.  Tex. R. Civ. P. 89.

It is further ordered that Michael Quinn Sullivan shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM